UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 2:18-cr-32
                                              HON. ROBERT J. JONKER

Jason Brian Jackson, Jr.,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on August 1, 2018, for an initial appearance and arraignment on the Indictment charging defendant with two counts of assault. The government has filed a motion for detention and defense counsel requested a hearing on the matter.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                     */s/ Timothy P. Greeley*
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated: August 2, 2018